IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | |
| MATTHEW DECKER | : | |
| | : | **Civ. No. 22-3895** |
| Plaintiff-Relator, | : | |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

In January 2023, I granted the Government's First Motion for Extension of the Seal on this *qui tam* action.  (Doc. Nos. 6, 7.)  In June, I granted its third Motion for an Extension of the Seal, noting that "[a]bsent exigent circumstances, no further extensions will be granted."  (Doc. No. 14.)  The Government has investigated the claims at issue for over seven months and now seeks a fourth extension of the seal without presenting any exigent circumstances.  (Doc. No. 15.)  Accordingly, I will deny their fourth request.  **AND NOW**, this 28th day of August, 2023, upon consideration of the United States' Fourth *ex parte* Motion for Extension of the Seal and Intervention Deadline (Doc. No. 15), it is hereby **ORDERED**:

(1)  The United States' Motion (Doc. No. 15) is **DENIED**;

(2)  The seal is lifted **FORTHWITH**; and

(3)  The United States shall notify the Court by **September 29, 2023**, whether it is intervening or declining to intervene.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.