IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **MATTHEW DECKER** : : : : **Plaintiff-Relator,** : : **v.** : : **PENNSYLVANIA STATE UNIVERSITY,** : : **Defendant.** : | **Civ. No. 22-3895** |

## O R D E R

**AND NOW**, this 2nd day of October, 2023, upon consideration of the United States' Notice that it is Not Intervening at This Time (Doc. No. 17), it is hereby **ORDERED** that:

1. The **CLERK OF COURT** shall **UNSEAL** the First Amended Complaint (Doc. No. 8);

2. Relator shall **SERVE** the First Amended Complaint (Doc. No. 8) upon Defendant;

3. All other contents of the Court's file in this action—including, but not limited to, all of the United States' submissions—**SHALL REMAIN UNDER SEAL** and shall not be made public or served upon the defendants or the relators, except for this Order and the United States' Notice that it is Not Intervening at This Time (Doc. No. 17), which the Relators will serve upon the Defendants only after service of the Complaint;

4. The **CLERK OF COURT** shall **LIFT** the seal as to all other matters occurring in this action *after* the date of this Order;

5. The Parties shall **SERVE** all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

2

6. The Parties shall serve all notices of appeal on the United States;

7. All Orders of this Court will be sent to the United States; and

8. Should the Relator or Defendant or any later-named defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Relator or Defendants will solicit the written consent of the United States before requesting such action from the Court.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.