Consent and Reference of a Civil Action to a Magistrate Judge (EDPA 06/22)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America, ex rel. Matthew Decker, *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 22-3895 (PSD) |
| Pennsylvania State University, *Defendant* | ) ) ) | |

**CONSENT AND REFERENCE OF A CIVIL ACTION
TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and order the entry of a final judgment.  The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a randomly assigned magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a randomly assigned United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| The Pennsylvania State University | /s/ Daniel R. Walworth | 10/6/2023 |
| Matthew Decker | /s/ Darth M. Newman | 10/6/2023 |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a randomly assigned United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:   10/6/23                                            /s/ Paul S. Diamond
                                                            *District Judge's signature*
                                                            Paul S. Diamond
                                                            *Printed name and title*

Note:   Please file this form on CM/ECF, using the event located in the Other Documents category, only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  **Do not return this form to a judge**.