IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW DECKER** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA STATE UNIVERSITY, et al.** | : | NO.   22-cv-3895 |

Magistrate Judge Assignment Sheet

In accordance with the Court's procedure for the random assignment of a United States Magistrate Judge to a civil action referred with the parties' consent for all proceedings in the case, including trial the entry of final judgment, and all post-trial, proceedings, the United States Magistrate Judge assigned to the above-captioned case is Judge Jose R. Arteaga.

George Wylesol
Clerk of Court

By:  /s/Nicole Durso
Deputy Clerk