**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW DECKER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 22-cv-3895** |
| | : | |
| **PENNSYLVANIA STATE** | : | |
| **UNIVERSITY,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this ___31ST___ day of October, 2023 it is hereby ORDERED that a

**RULE 16 CONFERENCE** shall be held by telephone in the above-captioned matter on

**Monday, November 6, 2023 at 2:30 p.m.**   The conference call has been set up by the Court.

The dial in number is 866-434-5269 and the access code is 5501327#.

Counsel shall confer, and shall jointly submit the required **Report of Rule 26(f)**

**Meeting** and file the same with the Clerk of Court by 3:00 p.m., Friday, November 3, 2023.

BY THE COURT:

_   /s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Darth M. Newman, Esquire
Daniel R. Walworth, Esquire
Jessica Priselac, Esquire
William M. McSwain, Esquire