IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MATTHEW DECKER,         Plaintiff-Relator,  v.  PENNSYLVANIA STATE UNIVERSITY,         Defendant. | CIVIL ACTION  NO.  22-cv-3895-LAS |

**JOINT STATUS REPORT**

In accordance with the Court's May 6, 2024 Order (ECF Doc. No. 40), counsel for Plaintiff-Relator Matthew Decker and The Pennsylvania State University ("the University" and collectively, with Plaintiff, "the Parties") have conferred and submit the following joint status report for the Court's consideration.

On November 7, 2023, the Court granted the Unopposed Joint Motion for Stay filed by the Parties, staying the case and suspending all deadlines for 180 days. The Court also ordered the Parties to submit a joint status report on or before May 6, 2024.

On May 6, 2024, the Parties filed a Joint Status Report and requested that the stay be extended for an additional 90 days. The Court granted the Parties' request and ordered the Parties to submit a joint status report on or before August 5, 2024.

The Parties now request further extension of the stay in good faith and not for the purposes of delay. Since the Court granted an extension of the stay on May 6, 2024, Defendant has continued to cooperate with the Government's investigation and has had extensive discussions with the Government concerning the resolution of this case, which the Parties and the Government expect to conclude within the next 60 days and without the need for litigation. Accordingly, the

Parties submit that staying this case for an additional 60 days will serve the interests of judicial economy and conserve the resources of the Parties.

For these reasons, the Parties respectfully request a stay of the proceedings and all deadlines for an additional 60 days, with the Parties to provide a Joint Status Report to the Court on October 4, 2024.

Date: August 3, 2024

<div style="display: flex;">

*/s/ Julie Bracker*
Julie Bracker (admitted *pro hac vice*)
Georgia Bar No. 073803
Bracker & Marcus LLC
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Julie@fcacounsel.com

Darth M. Newman
Pennsylvania Bar No. 209448
Law Offices of Darth M. Newman
1140 Thorn Run Rd # 601
Coraopolis, PA 15108
Telephone: (412) 436-3443
darth@dnewmanlaw.com

*Counsel for Relator*

</div>

*/s Daniel R. Walworth*
Daniel R. Walworth
Pennsylvania Bar No. 209448
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979 1194
dwalworth@duanemorris.com

William M. McSwain
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
215-979-1000
wmcswain@duanemorris.com

Jessica Priselac
Duane Morris LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112
412-497-1046
jpriselac@duanemorris.com

*Counsel for Defendant The Pennsylvania State University*

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2024, a copy of the foregoing was served via ECF on all counsel of record.

*/s/ Daniel R. Walworth*
Daniel R. Walworth